IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERRY GOLD,

      Plaintiff,

v.                           CASE NO. 4:13cv474-RH/CAS

DOCTORS' MEMORIAL
HOSPITAL, INC.,

      Defendant.

_____/

## ORDER GRANTING LEAVE TO AMEND

As set out on the record of the hearing on January 30, 2014,

IT IS ORDERED:

1. The plaintiff is granted leave to file by February 13, 2014, an amended complaint asserting claims under the Americans with Disabilities Act.

2. The defendant has waived any defense to the ADA claims based on failure to exhaust administrative remedies with the Equal Employment Opportunity Commission or Florida Commission on Human Relations.

Case No. 4:13cv474-RH/CAS

3.  The entire case, including the ADA claims, will go forward in this court on the pre-existing schedule.

SO ORDERED on January 30, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge